UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKY PATU,

           Plaintiff,

    v.

MARGARET GILBERT, *et al.*,

           Defendants.

CASE NO. C15-1293-JCC

ORDER DISMISSING ACTION

      The Court, having reviewed Plaintiff's civil rights complaint (Dkt. No. 1-1), the Report and Recommendation (Dkt. No. 9) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation (Dkt. No. 9);

      (2)    Plaintiff's complaint (Dkt. No. 1-1), and this action, are DISMISSED without prejudice for failure to pay the filing fee, pursuant to 28 U.S.C §§ 1914 and 1915A;

      (3)    Plaintiff's applications to proceed *in forma pauperis* (Dkt. Nos. 1, 7) are DENIED; and

      (4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Mary Alice Theiler.

ORDER DISMISSING ACTION
PAGE - 1

DATED this 4th day of December 2015.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2